Thomas E. Duckworth (CSB #152369)
Mark C. Peters (CSB #160611)
DUCKWORTH & PETERS, LLP
235 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
Email:     tom@dpllplaw.com
           mark@dpllplaw.com

Attorneys for Plaintiff
ANTON YRURE

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 1/4/07*

| | |
|---|---|
| ANTON YRURE, | Case No.: CV 06-04205 RMW |
| Plaintiff, | **STIPULATION AND ORDER REMANDING MATTER TO SANTA CLARA COUNTY SUPERIOR COURT** |
| vs. | |
| RACKABLE SYSTEMS, INC., RACKABLE CORPORATION, and DOES 1 through 25, inclusive, | |
| Defendants. | |

1. IT IS HEREBY STIPULATED by and between the parties hereto through their
2. respective attorneys of record as follows:
3. This matter was originally filed in Santa Clara Superior Court (Case No. 106 CV 065364)
4. and was removed by Defendant to federal court based upon federal question jurisdiction, as
5. Plaintiff had alleged one cause of action for violation of the Federal Family Medical Leave Act
6. ("FMLA"). Each of the remaining causes of action in Plaintiff's complaint allege violations of
7. California law only. Pursuant to a Stipulation and Order agreed to by the parties and entered into
8. by the Court, Plaintiff's Amended Complaint was filed on October 26, 2006. Plaintiff's
9. Amended Complaint states causes of action alleging violations of California law only. No
10. federal claims are asserted. Plaintiff therefore seeks to have this matter remanded to State Court
11. forthwith. Defendant has no opposition to an order remanding the matter to State Court.
12. IT IS SO STIPULATED.

Dated: December 5, 2006     CARLTON DiSANTE & FREUDENBERGER LLP

By: _____
    Mark S. Spring
    Kent J. Sprinkle
Attorneys for Defendant
ANTON YRURE

Dated: December 8, 2006     DUCKWORTH & PETERS, LLP

By: _____
    Mark C. Peters
Attorneys for Plaintiff
ANTON YRURE

-2-
STIPULATION AND ORDER REMANDING MATTER
TO SANTA CLARA COUNTY SUPERIOR COURT

## ORDER

IT IS HEREBY ORDERED that Plaintiff's Amended Complaint herein is remanded to Santa Clara County Superior Court for further proceedings therein, it appearing to the Court and having been stipulated by the parties that state law predominates in Plaintiff's Amended Complaint.

Dated: __1/4/07__ XXX       /S/ RONALD M. WHYTE
                            UNITED STATES DISTRICT JUDGE